# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DEALBA SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No.: 16cv2112-JM-MDD<br><br>**REPORT AND RECOMMENDATION RE: PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br>**[ECF NO. 18]** |

On July 26, 2017, the Court held a hearing on Plaintiff counsel's Motion to Withdraw as Attorney of Record. (ECF No. 18). Plaintiff's attorney, Denise Bourgeois Haley, Plaintiff Sanchez and counsel for Defendant, Jeffery Chen appeared for the hearing.[2] During the hearing Plaintiff Sanchez confirmed that he is seeking new counsel and agrees to the withdrawal of his

---

[1] On January 20, 2017, Carolyn Colvin stepped down as the Acting Commissioner of Social Security and was succeeded by Nancy Berryhill. *See Federal Rule of Civil Procedure 25(d)*.
[2] Attorney for Defendant is based in San Francisco and was allowed to participate by telephone.

current counsel. Plaintiff was advised by the Court that he will have to comply with the revised scheduling order to be issued by the Court with or without new counsel.

Accordingly, the Court **RECOMMENDS** that Attorney Haley's Motion to Withdraw as Counsel to Plaintiff Salvador Dealba Sanchez be **GRANTED**. This Report and Recommendation of the undersigned Magistrate Judge is submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).

**IT IS HEREBY ORDERED** that any written objections to this report must be filed with the court and served on all parties no later than **August 21, 2017**. The document should be captioned "Objections to Report and Recommendation."

**IT IS FURTHER ORDERED** that any reply to the objections shall be filed with the court and served on all parties no later than **August 28, 2017**. The parties are advised that failure to file objections within the specific time may waive the right to raise those objections on appeal of the Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: **August 7, 2017**

Hon. Mitchell D. Dembin
United States Magistrate Judge